```
Freedom Mortgage
PO Box 619063
Dallas, TX 75261

IRS
PO Box 7346
Insolvency Unit
Philadelphia, PA 19101

Missouri Dept of Revenue
Taxation Division
PO Box 385
Jefferson City, MO 65105

St Charles County
Collector of Revenue
201 N Second St
Suite 134
Saint Charles, MO 63301
```