23-42025 Charles Ranciglio

## 7 vs 13 Calculation

| Real Property | | |
|---|---|---|
| **Real Propery #1** | | |
| Description | 210 Discovery Village Circle | |
| FMV | 225000.00 | |
| - 7% sales commission | 15750 | Allowable homestead exemption |
| - exemption | 15000.00 | |
| - debt | 149183.92 | |
| = net equity | | $45,066.08 |

$141,000 to Freedom Mortgage per Schedule D plus $8,183.92 to HUD per claim #1.

| Personal Property | | |
|---|---|---|
| **Personal Propery #1** | | |
| Description | | |
| FMV | 0.00 | |
| - 10% sales commission | 0 | |
| - exemption | 0.00 | |
| - debt | 0.00 | |
| = net equity | | $0.00 |

| TOTAL NET EQUITY | | $45,066.08 |
|---|---|---|
| MINUS: Priority debt: | | 0.00 |
| Chapter 7 Trustee Fees (% of total FMV): | | |
| [25% of first $5,000] | $1,250.00 | |
| [10% of next $45,000] | $4,500.00 | |
| [5% of remainder up to $1,000,000] | $8,750.00 | |
| [3% of anything above $1,000,000] | $0.00 | |
| Total Chapter 7 Trustee Fees: | | $14,500.00 |
| TOTAL AMOUNT AVAILABLE TO UNSECURED CREDITORS: | | $30,566.08 |